■ In the Matter of MIRIAM ROSEN et al., Respondents, v ISABEL DODD et al., Constituting the Board of Elections of the County of Nassau, Appellants, et al., Respondent.—In a proceeding, *inter alia,* to validate petitions designating petitioners as candidates in the Democratic Party primary election to be held on September 8, 1977 for the party positions of members of the county committee, the appeal is from a judgment of the Supreme Court, Nassau County, dated August 10, 1977, which granted the petition to the extent of declaring valid the petitions filed by petitioners as candidates for members of the Democratic County Committee. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Tomson at Special Term. Hopkins, J. P., Cohalan, Margett, Titone and Suozzi, JJ., concur.

■ In the Matter of CAROL A. SLATTERY, Appellant, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and WALLACE H. BOYLE, Respondent.—In a proceeding to invalidate petitions designating Wallace H. Boyle as a candidate in the Republican Party primary election to be held on September 8, 1977, for the public office of Council Member, Town of Babylon, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 3, 1977, which dismissed the proceeding. Judgment affirmed, without costs or disbursements, on the memorandum decision of Mr. Justice McCarthy at Special Term. Gulotta, P. J., Damiani, Shapiro, Mollen and O'Connor, JJ., concur.